# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO,<br><br>                Plaintiff,<br><br>        v.<br><br>SIX UNKNOWN NAMES AGENTS, et al.,<br><br>                Defendants. | CASE NO. 1:13-cv-00192-AWI-SKO PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM<br><br>(Doc. 1) |

   Plaintiff Young Yil Jo is a federal prisoner currently housed at the Big Spring Correctional Center in Big Spring, Texas. To date, Plaintiff has filed almost two-hundred civil cases in this district. The complaint in this action is rambling and incoherent, and it fails to state any cognizable claims under federal law. Ashcroft v. Iqbal, 556 U.S. 662, 677-78, 129 S.Ct. 1937, 1949 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555, 127 S.Ct. 1955, 1965 (2007). Given this litigant's abusive filing practices in this district, and the utterly incoherent pleading before the Court, leave to amend is not warranted. Lopez v. Smith, 203 F.3d 1122, 1130 (9th Cir. 2000).

   Pursuant to 28 U.S.C. § 1915A, this action is HEREBY DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED.

Dated:   February 12, 2013

                                                SENIOR DISTRICT JUDGE

1